**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN VOORHIS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 26-35 Erie** |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **CORRECTION OFFICER SPACE,** | ) | **Magistrate Judge Richard A. Lanzillo** |
| **Defendant.** | ) | |

**MEMORANDUM ORDER**

Plaintiff Jonathan Voorhis initiated this action on February 9, 2026, by filing a motion to proceed *in forma pauperis* ("ifp motion") [ECF No. 1] with an attached *pro se* civil rights complaint [ECF No. 1-1].[1] The matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The complaint names a single Defendant, Correction Officer Space, a corrections officer at the Erie County Prison ("ECP") where Plaintiff was previously incarcerated. Plaintiff claims that Defendant used excessive force against him in violation of Plaintiff's Eighth Amendment rights during an incident that allegedly occurred at ECP on January 21, 2023.

After reviewing Plaintiff's complaint under the screening provisions of 28 U.S.C. § 1915(e), Judge Lanzillo issued a Report and Recommendation on October 7, 2026, recommending that the complaint be dismissed, with prejudice, as legally frivolous because it is duplicative of claims arising from the same incident that Plaintiff has brought in both prior and

1 Plaintiff's ifp motion was granted on October 8, 2026 [ECF No. 5], at which time Plaintiff's complaint was formally docketed. [ECF No. 6].

pending lawsuits before this Court. [ECF No. 4].[2] No timely objections to the R&R have been filed.

After *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 10th day of November, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e). The report and recommendation of Magistrate Judge Lanzillo, issued October 7, 2026 [ECF No. 4], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge

all parties of record

2 Claims of excessive force arising from the same incident were previously brought by Plaintiff in Case No. 1:23-cv-93, where Plaintiff has a pending motion to amend his complaint to add Defendant Space and to include allegations against Defendant Space that are identical to those raised in this case. (See Id. at ECF No. 133, p. 7). In addition, Plaintiff has filed cases at 1:26-cv-72 and 1:26-cv-107, repeating the same claims arising from the same incident of January 21, 2023, in which Defendant Space is also named.